THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARTINA SANTIAGO, Appellant.

Submitted November 20, 1944; decided December 30, 1944.

*Samuel Markowitz* and *Louis L. Moses* for appellant.

*Frank S. Hogan,* District Attorney (*Whitman Knapp* and *Pauline B. Taylor* of counsel), for respondent.

Judgments reversed and information dismissed. There was an entire lack of evidence to sustain a conviction. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.